For Clerk's Office Use

| Judge | Recd Date | Grv. |
|-------|-----------|------|
| C     |           |      |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:**  Michael Formica

**PRISONER NO.:**  ID # 2012 00255  or  1468574 Doc #

**PLACE OF CONFINEMENT:**  Central Virginia Regional Jail

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 25 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Michael J Formica

Enter Full Name          **Plaintiff**

**VS.**

Superintendant of Central
Virginia Regional Jail F.G. Aylor, Major Dyer, Supervisor of Nurses Amanda Pitts
Cattleman's Beef Products

Enter Full Name(s)          **Defendant(s)**

**CIVIL ACTION NO.** 7:14-CV-00449

A.   Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes      __X__ No

B.   If your answer to A is Yes, describe the action in the space below.

   1.   Parties to the Action: _____

   _____

   _____

   2.   Court: _____

   3.   Docket No.: _____

   4.   Judge: _____

   5.   Disposition: _____

   (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.   Have you filed any grievances regarding the facts of your complaint?

   Yes __X__      No __X__      explained over

   1.   If your answer is Yes, complete the enclosed verified statement, indicating the result.  Please attach evidence of your exhaustion of all available grievance procedures.

   _____

   2.   If your answer is No, indicate the reason for failure to exhaust on the verified statement.  You may be required to exhaust your claims through any applicable grievance procedures.  Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.  Statement of Claim - State here briefly the facts of your case.  Describe what action(s) each defendant took in violation of your constitutional rights.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  Use as much space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

On January 25 2012 I was incarcerated at Central Virginia Regional Jail

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

On or About the Month of February 2012 I went to see the dentist at Central Virginia Regional Jail. At this time the dentist told me I needed my teeth removed. I had irritation because my wisdom teeth were impacted.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

On or About June 25 2013 I bite into a piece of country fried steak and a foreign material cracked my tooth. This made a very sharp edge which cut into my tongue and began to swell.

E.  State what relief you seek from the Court.  Make no legal arguments, cite no cases or statutes.

I would like a judgment made on Negligence for pain & Suffering along with compensation for medical bills.

SIGNED THIS Jul. 31 DAY OF July , 20 14 .

_____
(Signature of Each Plaintiff)

**VERIFICATION:**

I, Michael Formica , state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true.  I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 7-31-14      SIGNED: _____