CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 05 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL FORMICA, | ) | CASE NO. 7:14CV00449 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| F. G. AYLOR, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Defendants' motion to dismiss (ECF No. 25) is **GRANTED IN PART AND DENIED IN PART**: the motion is **DENIED** as to plaintiff's claims that defendants delayed or denied oral surgery care for two serious medical needs based on plaintiff's indigence, but the motion is **GRANTED** as to all other claims;

2. Defendants are **DIRECTED** to file an answer and any additional dispositive motion regarding plaintiff's remaining claims within 30 days from entry of this order; and

3. This matter is **REFERRED** to United States Magistrate Judge Joel C. Hoppe, pursuant to 28 U.S.C. § 636(b)(1)(B), for conduct of appropriate proceedings and for the submission of a report setting forth findings of fact, conclusions of law, and a recommended disposition.

ENTER: This 5th day of August, 2015.

/s/ Glen E. Conrad
Chief United States District Judge