CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 26 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL FORMICA, | ) |
| | ) Case No. 7:14CV00449 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| | ) |
| F. G. AYLOR, ET AL., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUGDED AND ORDERED**

as follows:

1. The report and recommendation (ECF No. 63) is **ADOPTED IN PART AND REJECTED IN PART**;

2. Plaintiff's motion to preserve objections (ECF No. 73) is **GRANTED**, but plaintiff's objections are **OVERRULED**; his pending motions for appointment of counsel (ECF Nos. 65 and 66) are **DENIED**; and his motion for disposition is **DISMISSED** as moot;

3. Defendants' motion for summary judgment (ECF No. 52) is **GRANTED** as to all remaining claims; and

4. The clerk shall **STRIKE** this case from the active docket of the court.

The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

**ENTER:** This 26th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge