CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL FORMICA, | ) |
| | ) Case No. 7:14CV00449 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| | ) |
| F. G. AYLOR, ET AL., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |
| | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's post-judgment motions (ECF Nos. 80 and 82) are **DENIED**, and his motion for evidentiary hearing (ECF No. 81) is **DISMISSED** as moot.

ENTER: This 14th day of October, 2016.

/s/ Glen E. Conrad
Chief United States District Judge